IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| MELISSA WALLACE, as Administratrix Ad Litem of the Estate of Tony Ray Wallace, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:08cv1009-MHT (WO) |
| MARK JACKSON, | ) ) | |
| Defendant. | ) | |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs, attorneys' fees, and expenses.

It is further ORDERED that all outstanding motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 18th day of September, 2013.


                /s/ Myron H. Thompson
        **UNITED STATES DISTRICT JUDGE**